IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-926 T
(Judge Molly R. Silfen)

SELWYN KARP and BARBARA ADAMS-KARP,

                                                                                       Plaintiffs,

v.

UNITED STATES,

                                                                                       Defendant.

NOTICE OF APPEARANCE

Please enter the appearance of Richard J. Markel as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

    Richard J. Markel
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Station
    Washington, D.C. 20044

July 11, 2023

                                              *s/ Richard J. Markel*
                                              RICHARD J. MARKEL
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Tax Division
                                              Court of Federal Claims Section
                                              Post Office Box 26
                                              202-353-9175 (v)
                                              202-514-9440 (f)
                                              Richard.J.Markel@usdoj.gov